1  FAY E. MORISSEAU (CSB# 159931)
   MARK J. ITRI (CSB# 152581)
2  McDERMOTT WILL & EMERY LLP
   18191 Von Karman Avenue
3  Suite 500
   Irvine, CA 92612-7108
4  Telephone:    949.851.0633
   Facsimile:    949.851.9348
5  fmorisseau@mwe.com
   mitri@mwe.com
6
   DAVID M. BECKWITH (CSB# 125130)
7  McDERMOTT WILL & EMERY LLP
   4370 La Jolla Village Drive
8  Suite 700
   San Diego, CA 92122
9  Telephone:    858.643.1400
   Facsimile:    858.597-1585
10 dbeckwith@mwe.com

11 Attorneys for Plaintiff
   HERAEUS INCORPORATED
12
   FRANKLIN E. GIBBS (CSB #189015)
13 WANG HARTMANN & GIBBS
   1301 Dove Street, Suite 1050
14 Newport Beach, CA 92660-2812
   Telephone:    949.833.8483
15 Facsimile:    949.833.2281
   fgibbs@jcpw.com
16
   Attorneys for Defendant
17 SOLAR APPLIED MATERIAL
   TECHNOLOGY CORP.
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                                          *E-FILED - 3/23/06*

22 | HERAEUS INCORPORATED,          | CASE NO. C 06-01191-RMW
23 |          Plaintiff,            |
                                    | STIPULATION TO EXTEND TIME FOR
24 |     v.                         | SOLAR APPLIED MATERIAL
                                    | TECHNOLOGY CORP. TO ANSWER
25 | SOLAR APPLIED MATERIAL         | HERAEUS INCORPORATED'S
   | TECHNOLOGY CORP.,              | COMPLAINT; [PROPOSED] ORDER
26 |                                |
   |          Defendant.            | [PURSUANT TO CIVIL L.R. 6-2 & 7-12]
27 |                                |
28

STIPULATION TO EXTEND TIME; [PROPOSED]                    C06-01191-RMW
ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Heraeus Incorporated ("Heraeus") and Defendant Solar Applied Material Technology Corp. ("Solar") by and through their respective counsel, hereby stipulate to extend the time within which Solar must answer the Complaint in the above-entitled matter up to and including April 10, 2006 (the current deadline is March 27, 2006). Solar contends that it needs additional time to finalize a retainer agreement with its client and to speak with its client regarding this matter.

The parties have not requested any previous modifications in this case, whether by stipulation or Court order. The requested extension of time to answer does not effect the Court's schedule for this case.

Dated: March 20, 2006

McDERMOTT WILL & EMERY, LLP

_____
DAVID M. BECKWITH
Counsel for Plaintiff HERAEUS INCORPORATED

Dated: March 15, 2006

WANG HARTMANN & GIBBS

_____
FRANKLIN E. GIBBS
Counsel for Defendant SOLAR APPLIED MATERIAL TECHNOLOGY CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERAEUS INCORPORATED,<br><br>        Plaintiff,<br><br>v.<br><br>SOLAR APPLIED MATERIAL TECHNOLOGY CORP.,<br><br>        Defendant. | CASE NO. C 06-01191-RMW<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR SOLAR APPLIED MATERIAL TECHNOLOGY CORP. TO ANSWER HERAEUS INCORPORATED'S COMPLAINT<br><br>JURY TRIAL DEMANDED |

[PROPOSED] ORDER

The Court having considered Heraeus's and Solar's Stipulation To Extend Time For Solar Applied Material Technology Corp. To Answer Heraeus Incorporated's Complaint is of the opinion that the Stipulation should be GRANTED.

Accordingly, IT IS ORDERED that Solar Applied Material Technology Corp. have until April 10, 2006 to serve and file its answer to Heraeus' Complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  3/23/06                              /S/ RONALD M. WHYTE
                                            UNITED STATES DISTRICT JUDGE

ORC 384251-1.050346.0292

**CERTIFICATE OF SERVICE**

I, Lori L. Ford, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 4370 La Jolla Village Drive, Suite 700, San Diego, California 92122-1252. On March 20, 2006, I served a copy of the within document(s):

**STIPULATION TO EXTEND TIME FOR SOLAR APPLIED MATERIAL TECHNOLOGY CORP. TO ANSWER HERAEUS INCORPORATED'S COMPLAINT; [PROPOSED] ORDER**

[X] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail, Registered International Mail at San Diego, California, addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed FEDERAL EXPRESS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FEDERAL EXPRESS agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Franklin Gibbs, Esq.
Wang Hartmann & Gibbs
1301 Dove Street, Suite 1050
Newport Beach, CA 92660-2812
Tel: 949.833.8483
Fax: 949.833.2281
Counsel for Defendant Solar Applied Material Technology Corp.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

CERTIFICATE OF SERVICE               - 2 -               CASE NO. C 06-01191 RMW

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 20 2006, at San Diego, California.

_____
Lori L. Ford

SDO 42602-1.050346.0292

CERTIFICATE OF SERVICE              - 3 -              CASE NO. C 06-01191 RMW