*E-FILED 6/9/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HERAEUS INCORPORATED,<br><br>　　　　Plaintiff,<br>　v.<br>SOLAR APPLIED MATERIAL TECHNOLOGY CORP.,<br><br>　　　　Defendant. | NO. C 06-01191 RMW (RS)<br><br>**ORDER RESETTING BRIEFING SCHEDULE AND HEARING DATE** |

　　　Pursuant to the stipulation of the parties, Oryx Advanced Materials, Inc. shall have until the close of the business day Friday, June 9, 2006 to file and personally serve an opposition to Heraeus Incorporated's Motion to Compel.  Any reply shall be filed and personally served no later than the close of the business day on Thursday, June 15, 2006.

　　　The hearing on the motion is hereby continued to July 5, 2006, at 9:30 a.m.

IT IS SO ORDERED.

Dated: June 9, 2006

　　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER RESETTING BRIEFING SCHEDULE AND HEARING DATE
C 06-01191 RMW (RS)

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

David M. Beckwith     dbeckwith@mwe.com, lford@mwe.com

Richard F. Cauley     rcauley@jcpw.com, faiza@jcpw.com

Fay E. Morisseau     fmorisseau@mwe.com

Robert M. Vantress     rmv@svlg.com, jcb@svlg.com; keb@svlg.com; mwo@svlg.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: June 9, 2006**                                           **Chambers of Judge Richard Seeborg**

                                                                   **By:      /s/ BAK**

ORDER RESETTING BRIEFING SCHEDULE AND HEARING DATE
C 06-01191 RMW (RS)

2