| | |
|---|---|
| 1 | FAY E. MORISSEAU (CSB# 159931) |
| | MARK J. ITRI (CSB# 152581) |
| 2 | McDERMOTT WILL & EMERY LLP |
| | 18191 Von Karman Avenue |
| 3 | Suite 500 |
| | Irvine, CA  92612-7108 |
| 4 | Telephone:     949.851.0633 |
| | Facsimile:     949.851.9348 |
| 5 | fmorisseau@mwe.com |
| | mitri@mwe.com |
| 6 | |
| | DAVID M. BECKWITH (CSB# 125130) |
| 7 | McDERMOTT WILL & EMERY LLP |
| | 4370 La Jolla Village Drive |
| 8 | Suite 700 |
| | San Diego, CA  92122 |
| 9 | Telephone:     858.643.1400 |
| | Facsimile:     858.597-1585 |
| 10 | dbeckwith@mwe.com |
| 11 | Attorneys for Plaintiff/Counterclaim Defendant |
| | HERAEUS INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

*E-FILED - 7/6/06*

| | |
|---|---|
| HERAEUS INCORPORATED, | CASE NO.  C 06-01191-RMW (RS) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| SOLAR APPLIED MATERIAL TECHNOLOGY CORP., | **ADR CERTIFICATION** |
| Defendant. | |
| | [Jury Trial Demanded] |
| SOLAR APPLIED MATERIAL TECHNOLOGY CORP., | Ronald M. Whyte |
| Counterclaimant, | [Hon. Magistrate Judge Richard Seeborg] |
| v. | |
| HERAEUS INCORPORATED, | |
| Counterclaim Defendant. | |

STIPULATION REGARDING ADR
PROCESS; ADR CERTIFICATION

C06-01191-RMW (RS)

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration ☐ ENE ☐ Mediation

(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)

**Private Process:**

☒ Private ADR (please identify process and provider)

The parties discussed Alternative Dispute Resolution and agreed that private mediation may be pursued once some initial discovery has taken place. The parties have yet to agree upon the specifics of the private mediation including timing and provider.

Dated: June ___, 2006                McDERMOTT WILL & EMERY LLP

                                     _____/s/ David M. Beckwith_____
                                     DAVID M. BECKWITH
                                     Counsel for Plaintiff and Counterclaim
                                     Defendant HERAEUS INCORPORATED

Dated: June ___, 2006                WANG, HARTMANN & GIBBS


                                     _____
                                     RICHARD F. CAULEY
                                     Counsel for Defendant and Counterclaimant
                                     SOLAR APPLIED MATERIALS
                                     TECHNOLOGY CORP.

IT IS SO ORDERED:

Dated: June ___, 2006
                                     _____
                                     UNITED STATES MAGISTRATE JUDGE


**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District

1  The parties stipulate to participate in the following ADR process:
2  **Court Processes:**
3  ☐ Arbitration ☐ ENE ☐ Mediation
4  (To provide additional information regarding timing of session, preferred subject matter expertise
5  of neutral, or other issues, please attach a separate sheet.)
6  **Private Process:**
7  ☒ Private ADR (please identify process and provider)
8  The parties discussed Alternative Dispute Resolution and agreed that private mediation
9  may be pursued once some initial discovery has taken place. The parties have yet to agree upon
10  the specifics of the private mediation including timing and provider.
11
12  Dated: June ___, 2006                    McDERMOTT WILL & EMERY LLP
13
14                                           /s/ David M. Beckwith
                                             DAVID M. BECKWITH
                                             Counsel for Plaintiff and Counterclaim
                                             Defendant HERAEUS INCORPORATED
15
16  Dated: June 8, 2006                     WANG, HARTMANN & GIBBS
17
18
19                                           RICHARD F. CAULEY
                                             Counsel for Defendant and Counterclaimant
20                                           SOLAR APPLIED MATERIALS
                                             TECHNOLOGY CORP.
21  IT IS SO ORDERED:
22  Dated: July 6, 2006                     /S/ RONALD M. WHYTE
                                             Honorable Ronald M. Whyte
23                                           UNITED STATES DISTRICT JUDGE
24
25
26  SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL
27  Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or
28  she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District

STIPULATION REGARDING ADR PROCESS;     - 1 -                    C 06-01191-RMW (RS)
ADR CERTIFICATION

1  of California," or specified portions of the ADR Unit's Internet site
2  <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the
3  court and private entities, and considered whether this case might benefit from any of them.
4      (Note: This Certification must be signed by each party and its counsel.)
5  Dated: 6/5/06

6  _____
   Michael Bartholomeusz
   Heraeus Incorporated

7  Dated: 6-8-06

8  _____
   David Beckwith
   Attorney for Plaintiff Heraeus Incorporated

9  Dated: 6/7/06

10 _____
   [insert name]
   Defendant

11 Dated: 6/8/06

12 _____
   Richard Cauley
   Attorney for Defendant Solar Applied Materials Technology
13 Corp.

17 ORC 389513-1.050346.0292

STIPULATION REGARDING ADR PROCESS;   - 2 -                    C 06-01191-RMW (RS)
ADR CERTIFICATION