1  FAY E. MORISSEAU (CSB# 159931)
   MARK J. ITRI (CSB# 152581)
2  McDERMOTT WILL & EMERY LLP
   18191 Von Karman Avenue
3  Suite 500
   Irvine, CA 92612-7108
4  Telephone:    949.851.0633
   Facsimile:    949.851.9348
5  fmorisseau@mwe.com
   mitri@mwe.com
6
   DAVID M. BECKWITH (CSB# 125130)
7  McDERMOTT WILL & EMERY LLP
   4370 La Jolla Village Drive
8  Suite 700
   San Diego, CA 92122
9  Telephone:    858.643.1400
   Facsimile:    858.597.1585
10 dbeckwith@mwe.com

11 Attorneys for Plaintiff/Counterclaim Defendant
   HERAEUS INCORPORATED
12

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
IRVINE

13              UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

15                                    *E-FILED - 10/18/06*

16 HERAEUS INCORPORATED,            CASE NO.  C 06-01191-RMW (RS)

17              Plaintiff,

18      v.                          **STIPULATION OF DISMISSAL OF
                                    CLAIMS FOR RELIEF FOR
19 SOLAR APPLIED MATERIAL          INFRINGEMENT OF U.S. PATENT NO.
   TECHNOLOGY CORP.,               5,728,279** AND ORDER
20
              Defendant.
21                                  [Hon. Judge Ronald M. Whyte]

22 ─────────────────────────
   SOLAR APPLIED MATERIAL
23 TECHNOLOGY CORP.,

24              Counterclaimant,

25      v.

26
   HERAEUS INCORPORATED,
27
              Counterclaim Defendant.
28 ─────────────────────────

1    Plaintiff Heraeus Incorporated ("Heraeus") and defendant Solar Applied Material Corp.

2    ("Solar"), by and through their designated counsel, hereby stipulate to the dismissal without

3    prejudice of the following claims pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil

4    Procedure:

5        1.    Heraeus' Third Claim for Relief in its Complaint for Patent Infringement filed on

6    February 17, 2006, for Solar's alleged direct infringement of the '279 Patent;

7        2.    Heraeus' Fourth Claim for Relief in its Complaint for Patent Infringement filed on

8    February 17, 2006, for Solar's alleged induced infringement of the '279 Patent.

9        The parties also stipulate to the dismissal without prejudice of:

10       3.    Solar's counterclaim for declaratory relief for noninfringement as to the '279 Patent

11   only;

12       4.    Solar's counterclaim for declaratory relief for invalidity as to the '279 Patent only.

13   Each party shall bear its own costs and fees.

14       IT IS SO STIPULATED:

15

16   Dated: __August 22__, 2006          McDERMOTT WILL & EMERY, LLP

17                                       By: ___/s/   David M. Beckwith___

18                                       David M. Beckwith
                                         Attorneys For Plaintiff Heraeus Incorporated

19                                       WANG, HARTMANN & GIBBS, P.C.

20

21   Dated: _August 22_, 2006            By: _Peter Huang_

22                                       Peter O. Huang
                                         Attorneys for Defendant Solar Applied Materials

23                                       Technology Corp.

24   IT IS SO ORDERED,

25   Dated __10/18__, 2006

26

27                                       _/S/ RONALD M. WHYTE_

28                                       Ronald M. Whyte
                                         United States District Judge

SDO 48711-1.050346.0292

STIPULATION OF DISMISSAL OF CLAIMS
FOR RELIEF FOR INFRINGEMENT OF U.S.          - 1 -          CASE NO. C-06-1191-RMW (RS)
PATENT NO. 5,728,279

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
IRVINE