Richard F. Cauley (CSB# 109194)
Franklin E. Gibbs (CSB# 189015)
Peter O. Huang (CSB# 203999)
Wang, Hartmann & Gibbs PC
1301 Dove Street, Suite 1050
Newport Beach, CA 92660-2812
Telephone:    (949) 833-8483
Facsimile:    (949) 833-2281

Attorneys for Defendant
Solar Applied Materials Technology Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/18/06*

| | |
|---|---|
| HERAEUS INCORPORATED, | CASE NO. C-06-1191-RMW (RS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF CASE SCHEDULE** |
| v. | |
| SOLAR APPLIED MATERIALS TECHNOLOGY CORP. | JURY TRIAL DEMANDED |
| Defendant. | |
| SOLAR APPLIED MATERIALS TECHNOLOGY CORP. | |
| Counterclaimant, | |
| v. | |
| HERAEUS INCORPORATED, | |
| Counterclaim Defendant. | |

- 1 -

**STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF CASE SCHEDULE**

In order to facilitate discussions which may assist in the resolution of this case, Plaintiff Heraeus Incorporated ("Heraeus") and Defendant Solar Applied Material Corp. ("Solar"), by and through their designated counsel, hereby stipulate to continue the existing litigation scheduled dates approximately 45 days so the parties can focus their efforts on resolving this case. The parties thus jointly request the following modification of the case schedule:

1. The deadline for exchange of Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent Local Rule 4-2 is extended to December 4, 2006.

2. The deadline for the parties to select a mediator is extended to December 15, 2006.

3. The deadline for filing the Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3 is extended to January 5, 2007.

4. The deadline for the parties to attend mediation is extended to January 17, 2007.

5. The close of claim construction discovery is extended to February 5, 2007.

6. The deadline for filing the Opening Claim Construction Brief is extended to February 21, 2007.

7. The deadline for filing the Responsive Claim Construction Brief is extended to March 6, 2007.

8. The deadline for submitting proposals for a tutorial format is extended to March 8, 2007.

9. The deadline for filing the Reply Claim Construction Brief is extended to March 15, 2007.

10. The date for the Claim Construction Tutorial shall be rescheduled for April 3, 2007, or as soon thereafter as convenient for the Court.

11. The date for the Claim Construction Hearing shall be rescheduled for April 4, 2007, or as soon thereafter as convenient for the Court.

IT IS SO STIPULATED:

Dated: October 12, 2006

McDERMOTT WILL & EMERY, LLP

By: _____
David M. Beckwith
Attorneys for Plaintiff Heraeus Incorporated

WANG, HARTMANN & GIBBS, P.C.

Dated: Oct 11, 2006

By: _____
Richard F. Cauley
Attorneys for Defendant Solar Applied Materials Technology Corp.

IT IS SO ORDERED,

Dated __10/18/06__, 2006

/s/ Ronald M. Whyte
Ronald M. Whyte
United States District Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF CASE SCHEDULE

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California, am over the age of eighteen (18), and not a party to the within action. My business address is: 1301 Dove Street, Suite 1050, Newport Beach, California 92660.

On October 12, 2006 I served the foregoing document, described as:

1) **STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF CASE SCHEDULE**

on the interested parties in this action

__X__ by placing the true copies thereof (or the original where required by law) enclosed in sealed envelopes addressed as follows:

David M. Beckwith
McDermott Will & Emery LLP
4370 La Jolla Village Drive, Suite 700
San Diego, CA 92122
dbeckwith@mwe.com

XXX   BY ELECTRONIC MAIL- I caused such document(s) to be delivered via Electronic mail to the above-mentioned address(es) on October 12, 2006.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing in the affidavit.

__X__ I declare that I am employed in the office of a member of the Bar of this Court, at whose discretion the service was made.

__X__ I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on October 12, 2006, at Newport Beach, California.

Faiza Anwar