1  Richard F. Cauley (CSB# 109194)
   Franklin E. Gibbs (CSB# 189015)
2  Peter O. Huang (CSB# 203999)
   Wang, Hartmann & Gibbs PC
3  1301 Dove Street, Suite 1050
4  Newport Beach, CA 92660-2812
   Telephone:   (949) 833-8483
5  Facsimile:   (949) 833-2281

6
   Attorneys for Defendant
7  Solar Applied Materials Technology Corp.

8
                    UNITED STATES DISTRICT COURT           *E-FILED - 2/6/07*
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | HERAEUS INCORPORATED,              | CASE NO. C-06-1191-RMW (RS)
12 |         Plaintiff,                 | STIPULATION AND [PROPOSED]
   |                                    | ORDER REGARDING FURTHER
13 |   v.                               | MODIFICATION OF CASE SCHEDULE
14 | SOLAR APPLIED MATERIALS            | JURY TRIAL DEMANDED
   | TECHNOLOGY CORP.                   |
15 |                                    |
   |         Defendant.                 |
16 |————————————————————————————————————|
   | SOLAR APPLIED MATERIALS            |
17 | TECHNOLOGY CORP.                   |
18 |         Counterclaimant,           |
19 |   v.                               |
20 | HERAEUS INCORPORATED,              |
21 |         Counterclaim Defendant.    |
22

23
24
25
26
27
28

- 1 -
STIPULATION RE EXTENSION

SDO 55503-1.050346.0292

Plaintiff Heraeus Incorporated ("Heraeus") and Defendant Solar Applied Material Corp. ("Solar"), have met in person and have discussed business solutions to resolve the currently pending dispute. The parties have met and are attempting to negotiate a final resolution to this lawsuit, and have exchanged written documentation and continue to work toward the goal of an alternative resolution. In order to further facilitate this effort at alternative dispute resolution, the parties hereby stipulate by and through their designated counsel, to amend the existing litigation scheduled dates approximately so that the parties can further focus their efforts on resolving this case. The parties thus jointly request the following modification of the case schedule as follows, and as illustrated in the chart attached hereto as Exhibit A:

1. The deadline for exchange of Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent Local Rule 4-2 is extended to March 8, 2007.

2. The deadline for the parties to select a mediator is extended to March 19, 2007.

3. The deadline for filing the Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3 is extended to April 9, 2007.

4. The deadline for the parties to attend mediation is extended to April 23, 2007.

5. The close of claim construction discovery is extended to May 9, 2007.

6. The deadline for filing the Opening Claim Construction Brief is extended to May 25, 2007.

7. The deadline for filing the Responsive Claim Construction Brief is extended to June 12, 2007.

8. The deadline for submitting proposals for a tutorial format is extended to June 14, 2007.

9. The deadline for filing the Reply Claim Construction Brief is extended to June 19, 2007.

10. The date for the Claim Construction Tutorial shall be rescheduled for July 9, 2007, or as soon thereafter as convenient for the Court.

11. The date for the Claim Construction Hearing shall be rescheduled for July 10, 2007, or as soon thereafter as convenient for the Court.

IT IS SO STIPULATED:

Dated: Jan 17, 2007

McDERMOTT WILL & EMERY, LLP

By: _____
David M. Beckwith
Attorneys For Plaintiff Heraeus Incorporated

WANG, HARTMANN & GIBBS, P.C.

Dated: Jan 16, 2007

By: _____
Richard F. Cauley
Attorneys for Defendant Solar Applied Materials Technology Corp.

IT IS SO ORDERED,

Dated 2/6, 2007

_____
Ronald M. Whyte
United States District Judge

- 3 -
**STIPULATION RE EXTENSION**

SDO 51015-1.050346.0292