| | |
|---|---|
| HERAEUS INCORPORATED,<br><br>                      Plaintiff,<br><br>v.<br><br>SOLAR APPLIED MATERIALS<br>TECHNOLOGY CORP.,<br><br>                      Defendant.<br><br>SOLAR APPLIED MATERIAL<br>TECHNOLOGY CORP.,<br><br>                      Counterclaimant,<br><br>v.<br><br>HERAEUS INCORPORATED,<br><br>                      Counterclaim Defendant | CASE NO. C-06-1191-RMW (RS)<br><br>STIPULATION OF DISMISSAL AND [PROPOSED]<br>ORDER RE CLAIMS AND COUNTERCLAIMS<br>PERTAINING TO U.S. PATENT NO. 5,112,468 |

## STIPULATION AND ORDER OF DISMISSAL

The parties to this action, Plaintiff and Counterclaim Defendant Heraeus Incorporated and Defendant and Counterclaim Plaintiff Solar Applied Materials Technology Corp., hereby stipulate by and through their counsel of record to dismiss with prejudice all claims and counterclaims herein pertaining to U.S. Patent No. 5,112,468.

Approved as to form and content

_____  
Richard F. Cauley  
Wang Hartmann & Gibbs  
Counsel for Solar

_____ 2/6/07  
David M. Beckwith  
McDermott Will & Emery LLP  
Counsel for Heraeus

IT IS SO ORDERED

Date: 3/30/07

_Ronald M. Whyte_  
UNITED STATES DISTRICT COURT JUDGE